**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LISA WALKER,

    Plaintiff,

v.                                                                          Case No. 17-11460

SYNCHRONY BANK,

    Defendant.

_____/

**ORDER OF DISMISSAL**

The court stayed this matter in April 2018 in light of the parties' stipulation to arbitrate. (*See* Dkt. #22.) On July 26, 2018, the court conducted a telephone conference with the parties so that they might report on the progress of the arbitration. The parties inform the court that Plaintiff filed her arbitration demand on July 25. Being now persuaded that further court supervision is unnecessary,

IT IS ORDERED that the above-captioned matter is DISMISSED pursuant to the parties' agreement to submit to binding arbitration, and the court retains jurisdiction for the sole purpose of enforcing any arbitration award if necessary.

                                                               s/Robert H. Cleland             /
                                                               ROBERT H. CLELAND
                                                               UNITED STATES DISTRICT JUDGE

Dated: September 6, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 6, 2018, by electronic and/or ordinary mail.

                                                               s/Lisa Wagner                 /
                                                               Case Manager and Deputy Clerk
                                                               (810) 292-6522